**John Lynch, appellee, v. Charles I. Nolan, appellant. Gen. No. 31,001.**

Action for money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge,

presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

W. J. Lewis, for appellant; Fred W. Story, of counsel. McGinnis & Sadoski, for appellee; Edward J. McGinnis, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.